UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MATTHEW HOUSTON, | Case No. 2:19-cv-01475-GMN-EJY |
| Petitioner, | ORDER |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

This court previously dismissed petitioner Matthew Houston's *pro se* habeas petition for failure to state a claim cognizable in federal habeas corpus, and judgment was entered (ECF Nos. 11, 12).

Houston has filed what he has styled a motion for submission of declaratory statements and for production of complete files (docketed as two motions at ECF Nos. 13, 14). While not entirely clear, he appears to seek monetary damages for wrongful conviction. Many statements in the filing are frivolous and delusional, and he signs the filing as "Sovereign Knight Templar of the Clan of Houston." In any event, this case is closed. Therefore, the motions are denied as frivolous and moot.

**IT IS THEREFORE ORDERED** that petitioner's motion for submission of declaratory statements and motion for production of complete files (ECF Nos. 13, 14) are both **DENIED**.

DATED: 18 October 2019.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1