# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MATTHEW HOUSTON,

Petitioner,

v.

JERRY HOWELL, et al.,

Respondents.

Case No. 2:19-cv-01475-GMN-EJY

ORDER

This court previously dismissed petitioner Matthew Houston's *pro se* habeas petition for failure to state a claim cognizable in federal habeas corpus, and judgment was entered (ECF Nos. 11, 12).

Houston has again filed documents in this closed case; he has styled the latest filings as a motion for recognition of cognizability in all cases and a motion/request for leniency (ECF Nos. 16, 18). The court notes that the latest filings have brought to the court's attention the fact that Houston has had at least one other purported federal habeas petition recently dismissed as frivolous (*see, e.g.*, 2:19-cv-01360). The Nevada Department of Corrections website indicates that he has been paroled, and his address of record is a residence in Iowa. As with his previous motions these current motions are denied as frivolous and moot.

**IT IS THEREFORE ORDERED** that petitioner's motion for recognition of cognizability (ECF No. 16) and motion/request for leniency (ECF No. 18) are both **DENIED**.

**IT IS FURTHER ORDERED** that petitioner shall file no more motions in this closed case.

DATED: 4 December 2019.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE