UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MATTHEW HOUSTON,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　　Respondents. | Case No. 2:19-cv-01475-GMN-EJY<br><br>ORDER |

  This Court previously dismissed petitioner Matthew Houston's pro se Habeas Corpus Petition for failure to state a claim cognizable in federal habeas corpus, and judgment was entered. (ECF Nos. 11, 12.)  Thereafter, Houston filed numerous documents and motions. The Court has denied all of the post-judgment motions, mostly as frivolous or moot. In December 2019, the Court ordered Houston not to file any more motions in this closed case. (ECF No. 22.)  Nevertheless, he has now filed what he has styled as a Motion for Appointment of Counsel, a Motion for Hearing, and a Motion to Compel (ECF Nos. 33, 34, 35.) In the motion for counsel Houston asks that the Court appoint counsel for him and a co-plaintiff, even though this is a habeas case with no c-petitioner.  The motion for a hearing is a "Renewed List of Parties and Demand for Reparations" and lists 302 purported parties. The motion to compel is a copy of a December 2022 article about a prisoner hunger strike at the now-closed Nevada State Prison and a copy of an article about the recent deaths of four inmates at High Desert

1

State Prison. Houston does not ask for any relief that can be granted in federal habeas. These are three more frivolous motions in a closed case, and they are all denied.

It is therefore Ordered that Petitioner's Motion for Appointment of Counsel, Motion for Hearing, and Motion to Compel (ECF Nos. 33, 34, 35) are all denied.

It is further Ordered that a certificate of appealability will not issue.

DATED: 29 October 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2