UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MATTHEW HOUSTON,<br><br>Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>Respondents. | Case No. 2:19-cv-01475-GMN-EJY<br><br>ORDER |

This Court previously dismissed petitioner Matthew Houston's pro se Habeas Corpus Petition for failure to state a claim cognizable in federal habeas corpus, and judgment was entered. (ECF Nos. 11, 12.) Thereafter, Houston filed numerous documents and motions. The Court has denied all of the post-judgment motions, mostly as frivolous or moot. In December 2019, the Court ordered Houston not to file any more motions in this closed case. (ECF No. 22.) Nevertheless, he has now filed what he has styled as a Motion for Appointment of Counsel, comprised of 54 pages. (ECF No. 37.) He does not elaborate on his request, and there is no basis to consider his motion in this closed case. As this is another frivolous motion in this closed case, it is denied.

It is therefore Ordered that Petitioner's Motion for Appointment of Counsel (ECF No. 37) is denied.

It is further Ordered that a certificate of appealability will not issue.

DATED: 3 August 2026.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE